UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

Order Filed on 9/18/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Angelica Santana

Case No.: 09-27767

Hearing Date: September 17, 2009

Judge: MORRIS STERN

**Debtor is:**

☒ **Entitled to Discharge**

☐ **Not Entitled to Discharge**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: 9/18/2009**

Honorable Morris Stern
United States Bankruptcy Judge

**(Page 2)**

Debtor:  Angelica Santana

Case No.  09-27767

Caption of Order:  Order Confirming Plan

*Please Note:  Debtor is eligible for a discharge*

---

The Plan of the Debtor(s) having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

☒ ORDERED, that the plan of the above named Debtor(s) dated <u>September 14, 2009</u>, or as amended on the record at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor(s); and it is further

☒ ORDERED, that to the extent that the debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein: _____

☒ ORDERED, that commencing <u>August 1, 2009</u>, the Debtor(s) shall pay the Standing Trustee the sum of $<u>85.00</u> for a period of <u>2</u> months and then the sum of $<u>144.00</u> for a period of <u>58</u> months and then the sum of $<u>N/A</u> for a period of <u>N/A</u> months, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586.  The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., a Pot Plan); and it is further

☐ ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than _____% of their timely filed claims; and it is further

☐ ORDERED, that the debtor(s) must sell or refinance property within _____ days or the case will be dismissed.  Any non-exempt proceeds from the sale or refinance shall be contributed to the plan for the benefit of the unsecured creditors; and it is further

☐ ORDERED, that the debtor(s) must become current within _____ days or the case will be dismissed; and it is further

*Approved by Judge Morris Stern September  18, 2009*

**(Page 3)**

Debtor:  Angelica Santana

Case No.  09-27767

Caption of Order:  Order Confirming Plan

*Please Note:  Debtor is eligible for a discharge*

---

☐   ORDERED, that the debtor(s) must file a Pre-Confirmation Certification within _____ days or the case will be dismissed; and it is further

☐   ORDERED, that the Debtor(s) must provide market analysis within _____ days or the case will be dismissed.  The Trustee reserves and shall be allowed the right to seek modification of this confirmed plan in the event that the market analysis and/or appraisal provided by the Debtor(s) indicates a substantial increase in the value and/or equity in debtor's property; and it is further

☐   ORDERED, that Secured Creditor _____ having objected to Debtor's Chapter 13 Plan and the parties having resolved said Objection at the Confirmation Hearing, _____ shall have an allowed secured claim in the amount of _____, which shall be paid through Debtor's Chapter 13 Plan; and it is further

☐   ORDERED, that the attorney for the debtor shall prepare and serve a Wage Order upon the debtor's employer for the Chapter 13 plan payments; and it is further

☒   ORDERED, that the debtor's attorney is allowed a fee of $3,500.00.  The unpaid balance of the allowed fee in the amount of $500.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

☐   ORDERED, that the debtor(s) must keep the Trustee updated with the status of the personal injury claim and any non-exempt proceeds of said claim shall be contributed to the plan for the benefit of the creditors; and it is further

☐   ORDERED, that should the debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor(s), and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have ten (10) days within which to file with the Court and serve upon the Trustee a written objection to such Certification; and it is further

*Approved by Judge Morris Stern September  18, 2009*

**(Page 4)**

Debtor:  Angelica Santana

Case No.  09-27767

Caption of Order:  Order Confirming Plan

*Please Note:  Debtor is eligible for a discharge*

_____

☒ ORDERED, that the objection to debtor's claim of exemptions contained in the Trustee's Objection to Confirmation is hereby sustained; and it is further

☐ ORDERED, that the Standing Trustee is authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a), in the amount filed by the post-petition claimant, and it is further

☒ ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

☒ ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

*Approved by Judge Morris Stern September 18, 2009*