Law Office of Shmuel Klein, PC
113 Cedarhill Ave.
Mahwah, NJ 07430
(201) 529-3411

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW JERSEY**
_____x
In Re:                                                                    Chapter 13
Angelica Santana                                                  Index No. 09-27767
_____x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the Motion to Object to Claim of National City Mortgage, is hereby withdrawn, without prejudice.

Dated: March 17, 2010                                          /s/ Shmuel Klein
Mahwah, NJ 07430                                              Shmuel Klein

## CERTIFICATE OF SERVICE

   I, Shmuel Klein, an attorney admitted to practice in this court affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old.  I am associated with the Law Office of Shmuel Klein located at 113 Cedarhill Ave. Mahwah, NJ 07430 and I served the within an Notice of Withdrawal on March 17, 2010, by depositing a true copy thereof by Regular Mail in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New Jersey, to:

National City Mortgage
3232 Newmark Drive
Miamisburg, OH 45342-5421

Randall D. LaTour
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telefax: 614-719-4821

                                                              /s/  Shmuel Klein
                                                              Shmuel Klein